IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

ANNEMARIE CONGDON, individually )
and as Surviving Spouse and Executrix )
of the Estate of Mark Congdon, deceased, )
et al., )
 )
       Plaintiffs/Movants, )
 ) Case No. 3:03-cv-1558
  v. )
 )
MESA AIR GROUP, INC., et al., )
 )
       Defendants/Respondents. )
_____)

## ORDER

**THIS MATTER** is before the Court upon consideration of the Motion of Defendants/Respondents, Mesa Air Group, Inc., Air Midwest Incorporated, and US Airways, Inc. d/b/a US Airways Express, to Seal Documents (Doc. No. 36). For good cause shown, the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the following documents shall be **SEALED**: Doc. Nos. 33, 33-1 to 33-26 and 35. These documents shall remain sealed until further order of the Court.

**SO ORDERED.**

Signed: September 8, 2014

Graham C. Mullen
United States District Judge